**Order entered November 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-01070-CV

**IN RE LILIANA SANCHEZ MENDEZ, Relator**

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-18680**

**ORDER**
Before Chief Justice Burns and Justices Partida-Kipness and Smith

This original proceeding challenges the June 14, 2022 order granting a new trial signed in the 301st District Court of Dallas County, Texas by the Honorable Mary Brown, who has since recused herself from the case. The case was ultimately transferred to the 254th District Court of Dallas County, Texas.

When the original trial judge who rendered the disputed order voluntarily recuses herself but continues to hold office, the appellate court should, in its discretion, either deny the petition or abate the proceedings pending consideration of the challenged order by the new trial judge. *In re Blevins*, 480 S.W.3d 542, 544 (Tex. 2013) (orig. proceeding).

Accordingly, we **ABATE** this original proceeding. This case is removed from the Court's active docket until further order of this Court, to allow the 254th District Court to reconsider the ruling of the 301st Judicial District Court. We further **ORDER** the parties to file a status report with this Court within **TEN DAYS** of any ruling by the successor judge on real party in interest's motion for new trial.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE